It is so Ordered. This matter is dismissed without prejudice.
s/Carmen E. Henderson
U.S. Magistrate Judge
10/07/2024

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHANDLER HOLLIS, *On Behalf of Herself and All Others Similarly Situated,* | ) ) ) | Case No. 5:24-cv-01043-CEH |
| Plaintiff, | ) ) | |
| | ) | Magistrate Judge Carmen E. Henderson |
| v. | ) ) | |
| KASPER HOLDINGS, LLC and TRADEFULL, LLC, | ) ) ) | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | ) ) | |

Plaintiff, Chandler Hollis, files this Notice of Voluntary Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and states:

1. Plaintiff filed the Complaint in this action on June 20, 2024 (ECF No. 1).

2. To date, Defendants have not filed an Answer or any other responsive pleading.

3. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

4. This dismissal is without prejudice.

5. All fees and costs accrued to date shall be borne by the party incurring the same.